UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
        Plaintiff, )
                              ) Civil Action No.:
vs. ) 07 0073
)
UNITED STATES; UNITED STATES DEPARTMENT of JUSTICE; )
DRUG ENFORCEMENT ADMINISTRATION; UNITED STATES PAROLE )
COMMISSION; CITY of FORT LAUDERDALE POLICE DEPARTMENT; )
Dexter W. Lehtinen; Robert J. Lehner; James M. Lord; )
Mark J. Bumar; Alfred J. Scotti; and Cherry L. McBrayer; )
all in their official and/or individual capacities and )
entities, et al., )
        Defendants. )

MOTION to PROCEED in **FORMA PAUPERIS**
UNDER 28 U.S.C. § 1915(b)(1), **VERIFIED**

COMES NOW, the Michael Trupei ("Plaintiff") appearing pro se, and hereby respectfully moves this Honorable Court for an Order, allowing him to proceed in forma pauperis status under Title 28 U.S.C. § 1915(b)(1).

Plaintiff is incarcerated and does not have the means to pay the required filing and docketing fees. The issues, however, set forth in Plaintiff's attached Complaint are substantial and in public interest. For the foregoing reasons, this/his motion is appropriate and not frivolous, and the Plaintiff is entitled to redress.

WHEREFORE, Plaintiff prays that this Court grants him to proceed in forma pauperis status on the basis as set out hereinabove, and for such other and further relief as this Honorable Court deems just, equitable, and proper.

                                    Respectfully submitted,
                                    /s/ Michael Trupei
                                    Michael Trupei, pro se

VERIFICATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify under penalty of perjury that this/my motion is to the best of my knowledge, true, correct, certain, and complete.

    Done on this ___ day of December 2006    By: /s/ Michael Trupei
                                                              Michael Trupei pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei,
R12743-004
FCC-Coleman Medium Security
P.O. Box 1032
Coleman, Florida 33521-1032,

        Plaintiff,

vs.

UNITED STATES; UNITED STATES DEPARTMENT of JUSTICE; DRUG ENFORCEMENT ADMINISTRATION; UNITED STATES PAROLE COMMISSION; CITY of FORT LAUDERDALE POLICE DEPARTMENT; Dexter W. Lehtinen; Robert J. Lehner; James M. Lord; Mark J. Bumar; Alfred J. Scotti, and Cherry L. McBrayer, all in their individual and/or official capacities and entitites, et al.,

        Defendants.

Civil Action No.: _____

## APPLICATION TO PROCEED IN FORMA PAUPERIS WITH SUPPORTING INFORMATION AND ORDER

I, the Michael Trupei (Plaintiff) appearing specially and not generally and in good faith, hereby declare that I am Plaintiff in the above captioned matter as follows: that in support of my motion to proceed without being required to prepay, fees, costs, or give security therefor; I stated that because of my poverty, I am unable to discharge the costs of filing and docketing fees or give security therefor; that I believe I am entitled to relief, as the nature of my action is a Complaint in Tort and/or Bivens against the above Defendants at the Government's expense.

In further support of this application, I answer to wit:

**Facts:**

1. I am incarcerated at the Federal Correctional Complex in Coleman, Florida (FCC-Coleman Medium);
2. My last day of employment was June 7th, 1989 and my income per month was $ 2500.00;
3. I haven't received any monies within the past six months from any business, profession or other form of self employment;
4. I haven't received within the past six months any pension, annuities or life insurance payments;

5. I Haven't received within the past six months any rent payment, interests or dividents;

6. I haven't received within the past six months any inheritance;

7. I received within the six months $ six months $ 128.00;

8. I do not own real estate, stocks, bonds, notes, automobile or other valuable property;

9. I do not own any cash, or have money in checking or saving account;

10. I have no person(s) who is/are dependent upon my support.

Pursuant to 28 U.S.C. § 1746 of the United States Code I, declare under penalty of perjury that the above is to the best of my knowledge, true, correct, certain, and complete.

Executed on: _December 5th_, 200 _6_  By: _[signature]_
Michael Trupei, pro se
R12743-004
FCC-Coleman Medium
P.O. Box 1032
Coleman, Fl 33521-1032

---

## CERTIFICATE
(Prisoner's Account Only)

I certify that the applicant herein has the sum of $ _18.00_ _____ on account to his credit at the _FCC Coleman, FL_ _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:
_None_

_[signature]_
Authorized Officer of Institution

## ORDER of COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of costs or fees of the necessity of giving security therefor.

_____   _____   _____   _____
United States Magistrate     Date        United States Magistrate     Date



# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 12743004 | **Current Institution:** | Coleman FCC |
| **Inmate Name:** | TRUPEI, MICHAEL | **Housing Unit:** | B 1-2 |
| **Report Date:** | 12/05/2006 | **Living Quarters:** | B01-010L |
| **Report Time:** | 12:24:23 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0534 |
| PAC #: | 528812321 |
| FRP Participation Status: | Completed |
| Arrived From: | COA |
| Transferred To: | |
| Account Creation Date: | 1/14/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/1/2006 11:39:31 AM |
| Account Status: | Active |
| Phone Balance: | $0.35 |

**FRP Plan**

07 0073 FILED JAN 12 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Information

FRP Plan Type      Expected Amount   Expected Rate

## Account Balances

| | |
|---:|:---|
| Account Balance: | $8.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $8.00 |
| National 6 Months Deposits: | $128.00 |
| National 6 Months Withdrawals: | $130.00 |
| National 6 Months Avg Daily Balance: | $18.32 |
| Local Max. Balance - Prev. 30 Days: | $24.20 |
| Average Balance - Prev. 30 Days: | $16.10 |

## Commissary History

**Purchases**

| | |
|---:|:---|
| Validation Period Purchases: | $1.00 |
| YTD Purchases: | $14.65 |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

**Comments**

Comments:

Last Sales Date:  11/16/2006 6:56:57 PM

**SPO Information**

SPO's this Month:  0

SPO $ this Quarter:  $0.00

**Spending Limit Info**

Spending Limit Override:  No

Weekly Revalidation:  No

Spending Limit:  $290.00

Expended Spending Limit:  $1.00

Remaining Spending Limit:  $289.00

# Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit:  $0.00

Restricted Expended Amount:  $0.00

Restricted Remaining Spending Limit:  $0.00

Restriction Start Date:  N/A

Restriction End Date:  N/A

# UNITED STATES DISTRICT COURT

for the   District of   COLUMBIA

Michael Trupei, pro se

Plaintiff

V.

UNITED STATES, et al.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Michael Trupei__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __FCC-Coleman Medium Security Prisons__

    Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes   ☒ No
    b. Rent payments, interest or dividends              ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
    d. Disability or workers compensation payments       ☐ Yes   ☒ No
    e. Gifts or inheritances                             ☐ Yes   ☒ No
    f. Any other sources                                 ☒ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $ 8.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

December 2nd, 2006
_____
Date

_____
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional office showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RECEIVED
JAN 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT