UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Michael Trupei, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07 0073 |
| United States *et al*, | ) |
| Defendants. | ) |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Federal Correctional Complex in Coleman, Florida. He brings the complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971). "Any civil action on a tort claim against the United States . . . may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). In addition, a *Bivens* claim may be prosecuted in the judicial district where the defendants reside or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). The complaint arises from events that allegedly occurred in the Southern District of Florida. The Court finds it in the interests of justice and judicial economy to transfer the case to a judicial district where the case could have been properly brought. Accordingly, it is this 3rd day of January 2007,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of Florida. The Clerk of this Court

shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge